Case 1:12-cr-00699-MV   Document 36   Filed 03/28/12   Page 1 of 2

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 28 2012

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 12-699 MV |
| vs. | Count 1: 21 U.S.C. § 846: Conspiracy |
| JOEL BRINGAS-JIMENEZ, LUIS FIERRO-BUSTILLOS, and LUIS FIERRO, JR., | Count 2: 8 U.S.C. §§ 1326(a) and (b): Re-entry of a Removed Alien |
| Defendants. | |

INDICTMENT

The Grand Jury charges:

Count 1

On or about February 21, 2012, in Curry County, in the District of New Mexico and elsewhere, the defendants, **JOEL BRINGAS-JIMENEZ, LUIS FIERRO-BUSTILLOS, and LUIS FIERRO, JR.,** unlawfully, knowingly and intentionally did combine, conspire, confederate and agree with each other and with other persons whose names are known and unknown to the Grand Jury to commit the following offense against the United States, to wit: possession with intent to distribute a mixture and substance containing a detectable amount of cocaine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

In violation of 21 U.S.C. § 846.

Count 2

On or about February 21, 2012, the defendant, **LUIS FIERRO-BUSTILLOS**, an alien, having knowingly reentered the United States, was found in Curry County, in the District of New Mexico, contrary to law in that on or about May 13, 2004, the defendant had been deported,

excluded and removed and departed the United States while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
03/28/12 11:33am